**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAI ALKEBU-LAN, | No. C 10-04131 JW (PR) |
| Plaintiff, | ORDER OF TRANSFER |
| vs. | |
| K. DICKINSON, et al., | |
| Defendants. | |
| | (Docket No. 2) |

Plaintiff, a prisoner at California State Prison, Solano in Vacaville, has filed a pro se civil rights complaint under 42 U.S.C. § 1983. A substantial part of the events or omissions giving rise to the claim(s) occurred, and the defendants named reside, in the County of Solano, which lies within the venue of the Eastern District of California. See 28 U.S.C. § 84(b). Venue therefore properly lies in the Eastern District. See id. § 1391(b).

Accordingly, IT IS ORDERED that this action be TRANSFERRED to the United States District Court for the Eastern District of California. See 28 U.S.C. § 1404(a); Habeas L.R. 2254-3(b). In light of this transfer, this Court will defer to the Eastern District for a ruling on the motion for leave to proceed in forma pauperis. (Docket No. 2.)

Order of Transfer
P:\PRO-SE\SJ.JW\CR.10\Alkebu-lan04131_transfer.wpd

1 | The clerk shall transfer this matter and terminate all pending motions as
2 | moot.

4 | DATED: January 28, 2011

*[signature]*
JAMES WARE
United States District Chief Judge

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SHAI ALKEBU-LAN,

        Plaintiff,

  v.

K DICKINSON, et al.,

        Defendants.

Case Number: CV10-04131 JW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 1/31/2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Shai Alkebu-lan P 02598
CSP Solano State Prison (Solano)
P. O. Box 4000
Vacaville, CA 95696

Dated: 1/31/2011

Richard W. Wieking, Clerk
/s/ By: Elizabeth Garcia, Deputy Clerk